O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV99-02829-AHM (CWx)*<br>CV01-01339-AHM (CWx) | Date | January 20, 2010 |
|---|---|---|---|
| Title | JOHN GARAMENDI v. ALTUS FINANCE S.A., et al. consolidated with SIERRA NATIONAL INSURANCE HOLDINGS INC., et al v. CREDIT LYONNAIS S.A., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Cindy Nirenberg | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Arthur J. Shartsis<br>Charles R. Rice<br>Franklin D. O'Loughlin<br>Cindy Coles Oliver | James P. Clark<br>Robert L. Weigel<br>Christopher Chorba |

**Proceedings:** STATUS CONFERENCE (non-evidentiary)

Status conference held. Court and counsel confer regarding the status of various filings and the impact of recent rulings.

Court circulates draft findings of fact and hears oral argument. The Court denies as moot the recently filed motion *in limine* of the plaintiffs to permit Corcoran to testify as a rebuttal expert.

Plaintiffs are to respond to defendants' motion for clarification by not later than January 27, 2010. The reply thereto must be filed by February 3, 2010.

With respect to bifurcation, the Court is inclined to bifurcate the trial into a phase on whether plaintiff and NOLGHA have proved the "NOLGHA Premise" and a second phase, not three, on compensatory and punitive damages.

In light of the Court's recent rulings, the parties are to revise their Joint Submission re Annotated Findings by not later than March 8, 2010.

| | : | 50 |
|---|---|---|
| | Initials of Preparer | SMO |